longer an issue. Prine was not entitled to another reduction for acceptance of responsibility from the offense level as established by the court's departure.

We therefore affirm the sentence. Prine's motion to expedite is denied as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. Moffett*, Nos. CR–94–138; CA–00–640–3–1–V (W.D.N.C. filed Jan. 8, 2001; entered Jan. 9, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Reginald MOFFETT, a/k/a Reggie,
Defendant–Appellant.**

**No. 01–6231.**

United States Court of Appeals,
Fourth Circuit.

Submitted July 12, 2001.

Decided July 20, 2001.

**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Keenan Levirt HUGHES, Defendant–
Appellant.**

**No. 01–6359.**

United States Court of Appeals,
Fourth Circuit.

Submitted July 12, 2001.

Decided July 20, 2001.

Reginald Moffett, pro se. Gretchen C.F. Shappert, Assistant United States Attorney, Charlotte, NC, for appellee.

Before WILLIAMS, MICHAEL, and MOTZ, Circuit Judges.

PER CURIAM.

Reginald Moffett seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West

Kenneth Michael Robinson, Washington, DC, for appellant. Rebeca Hidalgo Bellows, Assistant United States Attorney, Alexandria, VA, for appellee.

Before WILLIAMS, MICHAEL, and MOTZ, Circuit Judges.

PER CURIAM.

Kennan Levirt Hughes seeks to appeal the district court's order denying his mo-